# Thomas Eddy, Esq.

Attorney at Law
300 Pelham Rd Suite 8R
New Rochelle, NY 10805
Tel. (917) 710-1098
Fax (914) 740-5917

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/2025

VIA ECF

April 7, 2025

The Honorable Colleen McMahon, U.S.D.J.
Southern District of New York
500 Pearl Street  Courtroom 24A
New York, NY 10007-1312

*Conference adjourned to 6/5/2025 at 11:00 Am.*

*Colleen McMahon 4/8/2025*

Re: Druscovich v. Andrews, et al
Docket # 25-cv-572

Dear Judge McMahon:

I represent plaintiff Marco Druscovich in the above-entitled matter. I write with respect to the initial pretrial conference currently scheduled for 10 a.m. on April 10 to alert the Court that, likely because I failed to properly effect service on some of the defendants, missteps I have recently endeavored to remediate, none of the representatives of any of the defendants have yet filed notices of appearance or joined issued.

Given the absence of events the Court likely anticipated in scheduling it, the Court may want to adjourn the scheduled conference. If not, I will appear as ordered to answer any questions Your Honor may have about the matter.

Respectfully,

Thomas Eddy