**MEMO ENDORSED**

# Thomas Eddy, Esq.
Attorney at Law
300 Pelham Rd Suite 8R
New Rochelle, NY 10805
Tel. (917) 710-1098
Fax (914) 740-5917

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2025

<u>VIA ECF</u>

June 3, 2025

The Honorable Colleen McMahon, U.S.D.J.
Southern District of New York
500 Pearl Street  Courtroom 24A
New York, NY 10007-1312

Re: <u>Druscovich v. Andrews, et al</u>
Docket # 25-cv-572

*Ok. The conference is adjourned to June 18, 2025 at 10:30 am.*

*Colleen McMahon*
*6/4/2025*

Dear Judge McMahon:

    I represent plaintiff Marco Druscovich in the above-entitled matter. I write with respect to the initial pretrial conference currently rescheduled from April 10 to 11 a.m. on June 5 to alert the Court that, while the federal defendants have accepted service, I have still failed to properly effect service on the N.Y.P.D. defendants. The time within which to effect service having expired, I am in the process of determining whether I have good cause to seek an extension of time to accomplish service or whether I must refile the complaint. I assure the Court that I will accomplish the appropriate alternative within a week. I am also in discussions with the Government about whether to continue to proceed against the federal defendants.

    Given my continued failure to accomplish the events the Court likely anticipated in scheduling it, the Court may want to adjourn the scheduled conference. If not, I will appear as ordered to answer any questions Your Honor may have about the matter.

Respectfully,

Thomas Eddy