UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCO DRUSKOVICH,

Plaintiff,

-against-

MATHEW ANDREWS, ET AL.,

Defendants.

25 CIVIL 0572 (CM)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated August 28, 2026 Plaintiff's First Amended Complaint is dismissed in its entirety. The motions to dismiss are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
September 1, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**